**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Warren Scott KENNELL, Defendant–Appellant.**

No. 14–10568

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 18, 2014.

Yvette Rhodes, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Tanya

958

Davis Wilson, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Tracy N. Dacruz, Maria Guzman, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Warren Scott Kennell, Tucson, AZ, pro se.

Before TJOFLAT, JORDAN, and ROSENBAUM, Circuit Judges.

PER CURIAM:

Tracy N. DaCruz, appointed counsel for Warren Kennell in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion is **GRANTED,** and Kennell's convictions and sentences are **AFFIRMED.**